**Order entered April 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00068-CV

## IN THE INTEREST OF P.J.H. AND M.J.H., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85368**

## ORDER

Pursuant to this Court's March 25, 2021 order, appellant has filed written verification that she has requested the reporter's record and made payment arrangements to pay the fee for the record. Accordingly, we **ORDER** Shannon Sudderth, Official Court Reporter for the 354th Judicial Court, to file the reporter's record on or before **May 3, 2021**.

/s/    CRAIG SMITH
       JUSTICE